**DAJ**

**FILED**
**NOVEMBER 13, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**JUDGE KENDALL**
**MAGISTRATE JUDGE NOLAN**

**07 C 6434**

In the Matter of　　　　　　　　　　　Case Number:

Lionel Franklin

v.

Sentry Credit, Inc. and Bureaus Investment Group

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff Lionel Franklin

| |
|---|
| NAME (Type or print) |
| O. Randolph Bragg |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ O. Randolph Bragg |
| FIRM |
| Horwitz, Horwitz & Associates, Ltd. |
| STREET ADDRESS |
| 25 E Washington St Ste 900 |
| CITY/STATE/ZIP |
| Chicago IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6221983 | (312) 372-8822 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐　　APPOINTED COUNSEL ☐