IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LIONEL FRANKLIN, | NOTICE OF VOLUNTARY DISMISSAL |
| Plaintiff, | |
| v. | |
| SENTRY CREDIT, INC. and BUREAUS INVESTMENT GROUP, | Civil Action No. 07-CV-6434 |
| | **Judge Kendall** |
| Defendants. | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff Lionel Franklin hereby dismisses Defendants Sentry Credit, Inc. and Bureaus Investment Group with prejudice and states the following in support:

1. Plaintiff filed his Complaint on November 13, 2007. (Docket # 1).

2. Defendants have not served an answer or motion for summary judgment.

WHEREFORE, Plaintiff Lionel Franklin hereby dismisses Defendants Sentry Credit, Inc. and Bureaus Investment Group with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(I).

January 15, 2008
        s/ Craig M. Shapiro
Craig M. Shapiro
O. Randolph Bragg
HORWITZ, HORWITZ & ASSOCIATES, LTD..
25 East Washington Street Suite 900
Chicago, Illinois 60602
(312) 372-8822
(312) 372-1673  (Facsimile)

ATTORNEYS FOR PLAINTIFF